**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> **KENNETH RAY STEVENS,** ) <br> ) <br> Defendant. ) | Case No. 1:08CR00015 <br><br> **ORDER** <br><br> By: James P. Jones <br> United States District Judge |

For the reasons set forth in the Opinion accompanying this Final Order, the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a Certificate of Appealability is DENIED.

It is so **ORDERED**.

ENTER: September 28, 2011

/s/ James P. Jones
United States District Judge